```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :     Chapter 7
In re:                                                      :
                                                            :     Case No. 18-35379   (CGM)
Kevin Jared Rosenberg,                                      :
                                                            :
                                    Petitioner.             :
                                                            :
------------------------------------------------------------X
                                                            :
Kevin Jared Rosenberg,                                      :     Adv. No. 18-09023    (CGM)
                                                            :
                                    Plaintiff,              :
                                                            :
     v.                                                     :
                                                            :
                                                            :
N.Y. State Higher Education Services Corp., et. al,         :
                                                            :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

## ORDER GRANTING LEAVE TO APPEAL

It is hereby **ORDERED** that ECMC's motion for leave to appeal filed on January 17, 2020 is **granted**.



**Dated: January 24, 2020**
  **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**