UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>KEVIN JARED ROSENBERG<br><br>    Debtor<br><br>KEVIN JARED ROSENBERG<br>Plaintiff<br><br>v.<br><br>NY STATE HIGHER EDUCATION SERVICES CORPORATION, YESHIVA UNIVERSITY, ACCESS INSTITUTE d/b/a ACCESS GROUP | Case No. 18-35379-cgm<br>Chapter 7<br><br>Adv. Pro. No. 18-09023-cgm |

## NOTICE OF APPEARENCE

Austin C. Smith, an attorney duly licensed to practice before this Court, hereby appears for the Debtor-Plaintiff-Appellee Kevin J. Rosenberg. Pursuant to Fed. R. Bank. Pro. 2016 and 11 U.S.C. § 329, counsel has been retained *pro bono*.

                      Respectfully submitted,

By:   /s/ Austin C. Smith
         Austin C. Smith
         Smith Law Group LLP
         3 Mitchell Place
         New York, NY 10017
         Austin@acsmithlawgroup.com
         917.992.2122

## CERTIFICATE OF SERVICE

I affirm that the above notice was served upon all counsel registered to receive ECF notice on January 26, 2019.

*/s Austin C. Smith*