**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**355 Main Street**
**Poughkeepsie, NY 12601**

---

IN RE: Rosenberg v. NY State Higher Education Services   CASE NO.: 18−09023−cgm
Corportion et a

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER: 0

---

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**


All documents regarding the notice of appeal filed in the above referenced proceeding on January 17, 2020, document number 69, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 20−cv−00688 assigned to the Honorable Cathy Seibel.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: February 19, 2020                                                          Vito Genna
                                                                                  Clerk of the Court