| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date: February 1, 2022 |
| In re:<br><br>KEVIN JARED ROSENBERG,<br><br>Debtor. | CASE NO. 18-35379-cgm<br><br>Chapter 7 |
| KEVIN JARED ROSENBERG,<br><br>Plaintiff,<br><br>v.<br><br>NY STATE HIGHER EDUCATION SERVICES CORPORATION, YESHIVA UNIVERSITY, ACCESSLEX INSTITUTE d/b/a ACCESS GROUP, and EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>Defendants. | ADV. PRO. NO. 18-09023-cgm |

**ORDER MODIFYING NOVEMBER 7, 2018, AMENDED SCHEDULING ORDER
PURSUANT TO FED. R. CIV. 16(b)(4) AND FED. R. BANKR. P. 7016(a)**

**THIS MATTER** having been opened to the Court upon the motion of Educational Credit Management Corporation ("ECMC") to modify the November 7, 2018, Amended Scheduling Order [Dkt. No. 17] (the "Amended Scheduling Order") pursuant to Fed. R. Civ. P. 16(b)(4) and Fed. R. Bankr. P. 7016(a) (the "Motion"); and the Court having considered the pleadings

submitted in support of the Motion, opposition filed by the plaintiff, and oral argument; and the Court having concluded that good cause exists to modify the Amended Scheduling Order; and due notice appearing; and for good cause shown, it is hereby

ORDERED that the Motion be and is hereby granted as set forth below; and it is further

ORDERED that the Amended Scheduling Order be and is hereby modified pursuant to Fed. R. Civ. P. 16(b)(4) and Fed. R. Bankr. P. 7016(a) such that all forms of discovery shall be completed by no later than one hundred and twenty (120) days from the date on which this Order is entered; and it is further

ORDERED that all remaining discovery shall relate no further back than February 4, 2019 (i.e., the deadline for completing discovery pursuant to the Amended Scheduling Order); and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.



**Dated: February 7, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**