# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re KEVIN ROSENBERG, | 18-bk-35379-cgm |
| Debtor | |
| KEVIN ROSENBERG, | |
| Plaintiff, | |
| v. | 18-ap-09023-cgm |
| ECMC, | |
| Defendant | |

## PLAINTIFF'S MOTION TO STRIKE

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, declaration of Austin C. Smith and pursuant to Fed. R. Evidence 702, the Plaintiff Kevin Rosenberg hereby moves this Honorable Court to strike the testimony and Vocational Evaluation Report of Jesse R. Ogren. The Court will hear the motion on August 9, 2022.

Dated July 7, 2022

Respectfully submitted

By:    /s/ Austin Smith

**SMITH LAW GROUP LLP**
Austin C. Smith
99 Wall Street, No. 426
New York, New York 10005
(917) 992-2121
austin@acsmithlawgroup.com