# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Kevin J. Rosenberg<br>Debtor<br>_____<br><br>Kevin J. Rosenberg<br>Plaintiff<br>v.<br>Educational Credit Management Corporation<br>Defendant | Bankr. No. 18-3537-cgm<br><br><br><br><br><br>Adv. Pro. 18-9023-cgm |

### ORDER GRANTING MOTION TO STRIKE EXPERT WITNESS JESSE R. OGREN

UPON full consideration of the submitted materials (ECF Nos. 102 and 108) and after notice and an evidentiary hearing held on September 19, 2022, and pursuant to Fed R. Evidence 702, the Court hereby precludes Defendant Educational Credit Management Corporation's proposed expert witness Jesse R. Ogren from offering testimony in the above captioned matter.



**Dated: September 21, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**