```
---------------------------------------------------------- x
In re:                                                     :
                                                           :
                                                           :    Chapter 7
Kevin Jared Rosenberg,                                     :    Case No. 18-35379
                                                           :
                                      Debtor.              :
----------------------------------------------------------x
Kevin Jared Rosenberg,

                              Plaintiff,
                                                           :
                                                           :
                                                           :    Adversary Proceeding
v.                                                         :    Case No. 18-09023
                                                           :
NY State Higher Education Services Corp.,

                              Defendant.
----------------------------------------------------------x
```

## ORDER REMOVING AUSTIN C. SMITH AS ATTORNEY OF RECORD AND DIRECTING HIM TO TURN OVER RECORDS TO DEBTOR

**WHEREAS**, Kevin Jared Rosenberg ("Debtor"), by counsel Austin C. Smith, Esq., commenced this voluntary chapter 13 case on March 18, 2020. (*See* ECF No. 1); and

**WHEREAS**, on November 27, 2023, Debtor filed a letter requesting his attorney, Austin C. Smith, Esq., be removed as attorney of record as he has left the practice of law (*See* ECF No. 134); and

**WHEREAS**, on December 19, 2023, this Court held a hearing on the letter to consider the request for removal; and

**WHEREAS**, Debtor appeared and explained that his attorney has left the practice of law and Debtor has been unable to obtain his records from the attorney; and

**WHEREAS**, Austin C. Smith failed to appear at the hearing;

**BASED ON THE FOREGOING, IT IS NOW HEREBY**

**ORDERED**, that Austin C. Smith is removed as the attorney of record for this case and is directed to turn over Debtor's documents to Debtor.



**Dated: January 3, 2024**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**